UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ARTHUR VANDERHOFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:11-cv-01603-WTL-MJD |
| SEILER & ASSOCIATES LLC, ) | |
| ) | |
| Defendant. ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Assessment of Attorneys' Fees and Costs. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Court finds that the Plaintiff's costs, including a reasonable attorney fee, total $6,485.75.

**Within 14 days of the date of this Entry,** the Defendant shall pay the Plaintiff the amount of $6,485.75 pursuant to its Offer of Judgment. **Within 21 days of the date of this Entry**, the parties shall file a stipulation of dismissal with prejudice.

SO ORDERED

Date: 02/27/2013

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

C. Warren Nerz
cwnerz@nerzwalterman.com

Peter A. Velde
KIGHTLINGER & GRAY
pvelde@k-glaw.com